■ In the Matter of RUDIN MANAGEMENT, INC., et al., Respondents, v ERMCO ERECTORS, INC., Respondent, and BETHELEHM CONTRACTING COMPANY, Appellant.—Order and judgment (one paper), Supreme Court, New York County (Francis Pecora, J.), entered on August 30, 1988, unanimously affirmed, for reasons stated by Francis Pecora, J. Petitioners-respondents shall recover of appellant $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Kassal, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN STEWART, Appellant.—Judgment, Supreme Court, Bronx County (Bonnie Wittner, J.), rendered on September 21, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN THELEM, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on January 7, 1987, unanimously affirmed.

■ DAVID OSIECKI, Respondent, v DAVID ABEL et al., Appellants.—Order, Supreme Court, Nassau County (Howard Levitt, J.), entered on October 26, 1988, and said appeal having been transferred to this court via an order of the Appellate Division, Second Department, entered on or about May 5, 1989, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Rosenberger, JJ.